# NO. 12-13-00243-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***RONALD REED,*** <br> ***APPELLANT*** | § | ***APPEAL FROM THE 3RD*** |
| ***V.*** | § | ***JUDICIAL DISTRICT COURT*** |
| ***PROPERTY OFFICER MRS.*** <br> ***GARRETT, ET AL,*** <br> ***APPELLEES*** | § | ***ANDERSON COUNTY, TEXAS*** |

***MEMORANDUM OPINION***
***PER CURIAM***

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c). The judgment in this case was signed on June 18, 2013. The record was filed on August 14, 2013, making Appellant's brief due on September 13, 2013. *See* TEX. R. APP. P. 38.6(a). The court received Appellant's brief on August 26, 2013, but the brief was defective.

On August 26, 2013, Appellant was notified that the brief failed to comply with Texas Rule of Appellate Procedure 38.1, subsections (a), (b), (c), (f), (g), (h), (i), and (k). He was further notified that unless he filed a supplement to the brief to correct the defects on or before September 13, 2013, the brief would be returned to him and deemed past due, and the appeal would be presented to the court for dismissal for failure to timely file the brief. Appellant did not file a supplement to his brief, and the brief was returned to him on September 24, 2013. Appellant filed a response in which he indicated that he would not be filing the requested supplement. Accordingly, the appeal is ***dismissed*** for failure, after notice, to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered October 9, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 9, 2013

NO. 12-13-00243-CV

**RONALD REED,**
Appellant
V.
**PROPERTY OFFICER MRS. GARRETT, ET AL,**
Appellees

Appeal from the 3rd District Court

of Anderson County, Texas (Tr.Ct.No. 3-41916)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed** for failure to comply with the Texas Rules of Appellate Procedure 42.3(c); and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*